MITCHELL KAMIN (SBN 202788)
mkamin@cov.com
AARON LEWIS (SBN 284244)
alewis@cov.com
BRITTANY BENJAMIN (SBN 323968)
bbenjamin@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

CASSANDRA STUBBS (SBN 218849)
cstubbs@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

*Attorneys for Plaintiffs*

[Additional Counsel continued on next page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs, | Case No.: 8:20-cv-835<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE

1

2     v.

3     DON BARNES, in his official capacity as
      Sheriff of Orange County, California; and
4     ORANGE COUNTY, CALIFORNIA

5         Defendant.

6     [Additional Counsel continued from first
7     page]

8     STACEY GRIGSBY*                          JOHN WASHINGTON (SBN
      sgrigsby@cov.com                         315991)
9     AMIA TRIGG** (SBN 282890)                jwashington@sshhlaw.com
10    atrigg@cov.com                           SCHONBRUN, SEPLOW, HARRIS,
      COVINGTON & BURLING LLP                  HOFFMAN & ZELDES LLP
11    One CityCenter                           11543 W. Olympic Blvd.
12    850 Tenth Street NW                      Los Angeles, CA 90064
      Washington, DC 20001                     Telephone: (310) 399-7040
13    Telephone: (202) 662-6000                Facsimile: (310) 399-7040
      Facsimile: (202) 778-5906
14
15                                             PETER ELIASBERG (SBN 189110)
      OLIVIA ENSIGN*                           peliasberg@aclu.org
16    oensign@aclu.org                         AMERICAN CIVIL LIBERTIES
17    CRISTINA BECKER*                         FUND OF SOUTHERN
      cbecker@aclu.org                         CALIFORNIA
18    AMERICAN CIVIL LIBERTIES UNION           1313 W 8th St
19    FOUNDATION                               Los Angeles, CA 90017
      201 W. Main St., Suite 402               Telephone: (213) 977-9500
20    Durham, NC 27701
21    Telephone: (919) 682-5659                PAUL HOFFMAN (SBN 71244)
      Facsimile: (919) 682-5961                hoffpaul@aol.com
22                                             UNIVERSITY OF CALIFORNIA,
23                                             IRVINE SCHOOL OF LAW CIVIL
                                               RIGHTS LITIGATION CLINIC
24                                             401 E. Peltason Dr., Suite 1000
25                                             Irvine, CA 92687
                                               Telephone: (949) 824-0066
26

27

28                                     ii

NOTICE OF RELATED CASE

CARL TAKEI (SBN 256229)
ctakei@aclu.org
SOMIL TRIVEDI*
strivedi@aclu.org
CLARA SPERA*
cspera@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318

ZOE BRENNAN-KROHN** (SBN 324912)
zbrennan-krohn@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
Telephone: (415)-343-0769
Facsimile: (415) 255-1478

ATTORNEYS FOR PLAINTIFFS

*pro hac vice application forthcoming*

***C.D. California admission application forthcoming*

iii

NOTICE OF RELATED CASE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# NOTICE OF RELATED CASE

Plaintiffs provide notice that this case may be related to another case pending before the Central District, *Kelvin Hernandez Roman v. Chad F. Wolf*, No. 5:20-cv-00768-JTH-PVC, and *Fraihat v. ICE*, No. 19:cv-01546-JGB because it "call(s) for determination of the same or substantially related or similar questions of law and fact." Local Civil R. 83-1.31.[1] Petitioner Plaintiffs in *Roman* recently filed a petition for a writ of habeas corpus and class action complaint for declaratory and injunctive relief for a putative class of immigrants detained at the Adelanto ICE Processing Center in Adelanto, California. The Plaintiff/Petitioners here, like the Petitioners in *Roman,* allege that they are at an extremely high risk of serious illness or death as a result of a detention facility's failure to limit and or address the risk of a COVID-19 outbreak. While the underlying factual records of the two facilities, the Adelanto ICE Processing Center and the Orange County Jail, will be unique, the facts regarding the standards of public health guidance in light of the COVID-19 crisis and the steps that detention facilities should take with respect to social distancing, personal protective equipment, hygiene, and testing, are the same. Both cases involve a determination of the legal obligations that detention facilities have to protect detainees from the serious risk of harm created by the current public health crisis.

Respectfully submitted,

---

[1] Plaintiffs/Petitioners erred by not indicating on the civil cover filing sheet that this case is related.

1

NOTICE OF RELATED CASE

| /s/Cassandra Stubbs | /s/ Peter Eliasberg | /s/ Mitchell Kamin | /s/ John Washington |
|---|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA | Mitchell Kamin | John Washington |
| Cassandra Stubbs | Peter Eliasberg | C.A. Bar No. 202788 | C.A. Bar No. 315991 |
| C.A. Bar No. 218849 | C.A. Bar No. 189110 | Aaron Lewis | Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP |
| Olivia Ensign* | 1313 W. Eighth St. | C.A. Bar No. 284244 | 11543 W. Olympic Blvd. |
| N.C. Bar No. 50689 | Los Angeles, CA 90017 | Brittany Benjamin | Los Angeles, CA 90064 |
| Cristina Becker* | | C.A. Bar No. 323968 | (310) 399-7040 |
| N.C. Bar No. 46793 | | COVINGTON & BURLING LLP | jwashington@sshhlaw.com |
| 201 W. Main St., Suite 402, Durham, NC 27701 | | 1999 Avenue of the Stars | |
| cstubbs@aclu.org | | Los Angeles, CA 90067-4643 | |
| ensign@aclu.or | | (424) 332-4800 | |
| cbecker@aclu.org | | alewis@cov.com | s/ Paul Hoffman |
| | | mkamin@cov.com | Paul Hoffman |
| Carl Takei | | bbenjamin@cov.com | C.A. Bar No. 71244 |
| C.A. Bar No. 256229 | | | UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW |
| Somil Trivedi* | | Stacey Grigsby* | CIVIL RIGHTS LITIGATION CLINIC |
| D.C. Bar No. 1617967 | | D.C. Bar No. 491197 | 401 E. Peltason Dr., |
| Clara Spera* | | Amia Trigg** | Suite 1000, Irvine, CA 92687 |
| N.Y. Bar No. 5590229 | | C.A. Bar No. 282890 | (949) 824-0066 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | | COVINGTON & BURLING LLP | |
| 125 Broad Street, 18th Floor | | One CityCenter 850 Tenth Street NW | |
| New York, NY 10004 | | Washington, DC 20001 | |
| ctakei@aclu.org | | (202) 662-6000 | |
| strivedi@aclu.org | | sgrigsby@cov.com | |
| cspera@aclu.org | | atrigg@cov.com | |

2

NOTICE OF RELATED CASE

1    Zoe Brennan-
Krohn**
2  C.A. Bar No.
324912
3  AMERICAN CIVIL
LIBERTIES
4  UNION
5  FOUNDATION
Disability Rights
6  Program
7  39 Drumm Street
San Francisco, CA
8  94111
9  (415)-343-0769
zbrennan-
10  krohn@aclu.org
11

12

13

14

15  ATTORNEYS FOR PLAINTIFFS
16  *pro hac vice application forthcoming
**C.D. California admission application forthcoming
17

18

19  Dated: May 1, 2020

20

21

22

23

24

25

26

27

28                 3

NOTICE OF RELATED CASE