UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br>DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA<br><br>*Defendant*. | Case No.: 8:20-cv-835 |

**DECLARATION OF CLARA SPERA**

I, **Clara Spera**, declare as follows:

1. I am an Equal Justice Works Fellow at the American Civil Liberties Union Foundation, in New York City.

2. I make this Declaration based on personal knowledge, and if called to testify I could and would do so competently as follows:

3. I am an attorney for all listed plaintiffs in the above-mentioned case.

1

4. I earned my Juris Doctor degree from Harvard Law School in 2017. I was admitted to practice law in the State of New York in 2018.

5. Due to the COVID-19 outbreak, I am unable to provide the required wet signature on my *pro hac vice* application and ask that this Declaration serve as a substitute.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in New York, New York on this 4th day of May, 2020.

/s/ Clara Spera

Clara Spera

2