UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated,<br><br> *Plaintiffs*,<br>   v.<br>DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA<br><br> *Defendant.* | Case No.: 8:20-cv-835 |

### DECLARATION OF CRISTINA BECKER

I, **CRISTINA BECKER**, declare as follows:

1. I am an attorney and mitigation specialist at the American Civil Liberties Union, Capital Punishment Project.

2. I make this Declaration based on personal knowledge, and if called to testify I could and would do so as competently as follows:

3. I am an attorney for all listed plaintiffs in the above-mentioned case.

1

4. I earned my Juris Doctor degree from Washington and Lee University School of Law in 2013. I was admitted to practice law in the State of North Carolina in 2014.

5. Due to the COVID-19 outbreak, I am unable to provide the required wet signature on my *pro hac vice* application and ask that this Declaration serve as a substitute.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Durham, North Carolina on this 4th day of May, 2020.

/s/ Cristina M. Becker
Cristina M. Becker