LEON J. PAGE, COUNTY COUNSEL
LAURA D. KNAPP, SUPERVISING DEPUTY (CA SBN 162800)
laura.knapp@coco.ocgov.com
D. KEVIN DUNN, SENIOR DEPUTY (CA SBN 194604)
kevin.dunn@coco.ocgov.com
REBECCA S. LEEDS, SENIOR DEPUTY (CA SBN 221930)
rebecca.leeds@coco.ocgov.com
KAYLA N. WATSON, DEPUTY (CA SBN 286423)
kayla.watson@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants DON BARNES
and ORANGE COUNTY, CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, *et al.*, <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA. <br><br> Defendants/Respondents. | Case No.   8:20-cv-00835-JGB-SHK <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> **DEFENDANTS' NOTICE OF RELATED CASE** <br><br> Action Filed:   April 30, 2020 |

TO PLAINTIFFS; THEIR ATTORNEYS OF RECORD AND ALL OTHER INTERESTED PARTIES:

## NOTICE OF RELATED CASE

Defendants/Respondents, DON BARNES and ORANGE COUNTY, CALIFORNIA, ("Defendants") provide notice that this case may be related to another case pending before the United States District Court for the Central District of California, <u>Mark Moon, et al. v. County of Orange, et al.</u>, Case No. 8:19-cv-00258-JVS-KES because it "call(s) for determination of the same or substantially related or similar questions of law and fact." Local Civil R. 83-1.31.1.

*Moon* plaintiffs initiated their action on February 8, 2019, consisting of a class action complaint for injunctive relief for a putative class of inmates detained at the jail facilities operated by Defendants in Orange County, California.

*Moon* plaintiffs filed their third amended complaint on March 31, 2020 (ECF 123) which alleges:

> "69. Plaintiffs are informed and believe that persons confined in the Orange County Jail are routinely and regularly discriminated against due to their disabilities including denial of mental health care, medical care, medicated assisted treatment for substance abuse disorders and other necessary services including adequate medical care for Coronavirus."

(*Id.*, at p. 55-56.)

Additionally, *Moon* plaintiffs filed on March 30, 2020 an ex parte application for emergency order regarding those inmates with respect to the Coronavirus issue (ECF 121, see attached as **Exhibit A**).

The Plaintiff/Petitioners here, just like the *Moon* plaintiffs, allege that they are at an extremely high risk of serious illness or death as a result of a detention facility's failure to limit and or address the risk of a COVID-19 outbreak.

Both this case and the *Moon* case share commonality of both the underlying factual records of the same facilities, the Orange County jail facilities, as well as the facts regarding the standards of public health guidance in light of the COVID-19 crisis and the steps that detention facilities should take with respect to social distancing, personal protective

1  equipment, hygiene, and testing, are the same.  Both cases involve a determination of the
2  legal obligations that detention facilities have to protect detainees from the serious risk of
3  harm created by the current public health crisis.

                                          Respectfully submitted,

                                          LEON J. PAGE, COUNTY COUNSEL
                                          D. KEVIN DUNN, SENIOR DEPUTY

DATED: May 7, 2020        By:   __/S/_____
                                            D. Kevin Dunn, Senior Deputy

                                          Attorneys for Defendants DON BARNES
                                          and ORANGE COUNTY, CALIFORNIA

DEFENDANTS' NOTICE OF RELATED CASE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Ste. 407, Santa Ana, California 92701; and my e-mail address is simon.perng@coco.ocgov.com. I am not a party to the within action.

[ ] (BY U.S. MAIL) On _____, I caused the document, **DEFENDANTS' NOTICE OF RELATED CASE** to be placed in an envelope(s) addressed as shown below (last known addresses) for collection and mailing at Santa Ana, California, following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[**X**] (BY CM/ECF) On **May 7, 2020**, I caused the aforementioned document to be served upon all counsel of record in this action who are registered with the United States District Court's CM/ECF system and listed below by utilizing the United States District Court's CM/ECF system:

MITCHELL KAMIN (SBN 202788)
mkamin@cov.com
AARON LEWIS (SBN 284244)
alewis@cov.com
BRITTANY BENJAMIN (SBN 323968)
bbenjamin@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

CASSANDRA STUBBS (SBN 218849)
cstubbs@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

STACEY GRIGSBY*
sgrigsby@cov.com
AMIA TRIGG** (SBN 282890)
atrigg@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

OLIVIA ENSIGN*
oensign@aclu.org

JOHN WASHINGTON (SBN 315991)
jwashington@sshhlaw.com
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 399-7040
Facsimile: (310) 399-7040

PETER ELIASBERG (SBN 189110)
peliasberg@aclu.org
AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA
1313 W 8th St
Los Angeles, CA 90017
Telephone: (213) 977-9500

PAUL HOFFMAN (SBN 71244)
hoffpaul@aol.com
UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW CIVIL RIGHTS LITIGATION CLINIC
401 E. Peltason Dr., Suite 1000
Irvine, CA 92687
Telephone: (949) 824-0066

CARL TAKEI
ctakei@aclu.org
SOMIL TRIVEDI*
strivedi@aclu.org
CLARA SPERA*
cspera@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

| | |
|---|---|
| CRISTINA BECKER* <br> cbecker@aclu.org <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 201 W. Main St., Suite 402 <br> Durham, NC 27701 <br> Telephone: (919) 682-5659 <br> Facsimile: (919) 682-5961 | New York, NY 10004 <br> Telephone: (212) 607-3300 <br> Facsimile: (212) 607-3318 <br><br> ZOE BRENNAN-KROHN** (SBN 324912) <br> zbrennan-krohn@aclu.org <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> Disability Rights Program <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415)-343-0769 <br> Facsimile: (415) 255-1478 |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this Seventh day of May, 2020.

_____/S/_____
Simon Perng