MITCHELL KAMIN (SBN 202788)
mkamin@cov.com
AARON LEWIS (SBN 284244)
alewis@cov.com
BRITTANY BENJAMIN (SBN 323968)
bbenjamin@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

CASSANDRA STUBBS (SBN 218849)
cstubbs@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

*Attorneys for Plaintiffs*

[Additional Counsel continued on next page]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, | Civil Case No.: 8:20-cv-835-JGB-SHK <br><br> **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Date: May 18, 2020** <br> **Time: 9:00 AM** |

1

v.

2

DON BARNES, in his official capacity as
Sheriff of Orange County, California; and
ORANGE COUNTY, CALIFORNIA

3

4

Defendants.

Hon. Jesus G. Bernal

Class Action

IMMEDIATE RELIEF SOUGHT

5

6

[Additional Counsel continued from first
page]

7

8

STACEY GRIGSBY*
sgrigsby@cov.com
AMIA TRIGG** (SBN 282890)
atrigg@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

9

10

11

12

13

14

OLIVIA ENSIGN
oensign@aclu.org
CRISTINA BECKER
cbecker@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

15

16

17

18

19

20

21

22

23

24

JOHN WASHINGTON (SBN 315991)
jwashington@sshhlaw.com
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 399-7040
Facsimile: (310) 399-7040

PETER ELIASBERG (SBN 189110)
peliasberg@aclu.org
AMERICAN CIVIL LIBERTIES
FUND OF SOUTHERN
CALIFORNIA
1313 W 8th St
Los Angeles, CA 90017
Telephone: (213) 977-9500

PAUL HOFFMAN (SBN 71244)
hoffpaul@aol.com
UNIVERSITY OF CALIFORNIA,
IRVINE SCHOOL OF LAW CIVIL
RIGHTS LITIGATION CLINIC
401 E. Peltason Dr., Suite 1000
Irvine, CA 92687
Telephone: (949) 824-0066

25

26

27

28

CARL TAKEI (SBN 256229)
ctakei@aclu.org
SOMIL TRIVEDI
strivedi@aclu.org
CLARA SPERA
cspera@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318

ZOE BRENNAN-KROHN (SBN
324912)
zbrennan-krohn@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0769
Facsimile: (415) 255-1478

ATTORNEYS FOR PLAINTIFFS

*pro hac vice application forthcoming
**C.D. California admission application
forthcoming

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 18, 2020, at 9:00 A.M., or as soon as the matter may be heard before the Honorable Jesus G. Bernal, Plaintiffs, people held in the Orange County Jail, will and do, under Federal Rule of Civil Procedure 65 and Local Rules 7-19 and 65-1, respectfully apply *ex parte* for a Temporary Restraining Order restraining Defendants from detaining Plaintiffs in the jail while failing to follow the guidance of public health officials and medical professionals to ensure those in the Orange County Jail:  1) can consistently practice social distancing; 2) have adequate sanitation, personal protective equipment and can maintain necessary hygiene; 3) have access to adequate and timely medical screening, testing, and care; and 4) are quarantined and isolated when and as appropriate.  Accordingly, as further described in the Complaint and set forth in the Proposed Order submitted with this Application, Plaintiffs hereby seek an emergency Order requiring Defendants to:  (1) establish immediate release procedures for the Medically-Vulnerable and Disability Subclasses identified in the complaint, with release of all but those individuals who pose such a serious risk of flight or danger to others that no other condition can mitigate that risk;  (2) submit within three days a plan to adequately protect those within the jail from COVID-19, reviewed by a qualified public health expert appointed pursuant to Fed. R. Evid. 706; and (3) take whatever further steps are needed to mitigate the risk to Class Members who remain in the jail.

This Application is made pursuant to Federal Rule of Civil Procedure 65 on the grounds that: (1) Plaintiffs are likely to prevail on their claims under the Eighth and Fourteenth Amendments and the Americans with Disabilities Act and Section 504 of the Rehabilitation Act; (2) Plaintiffs are at risk of irreparable harm absent the

entry of a temporary order; (3) the balance of equities favors the entry of a temporary restraining order; and (4) a temporary restraining order is in the public interest.

This Application is based on the supporting Memorandum of Points and Authorities; the supporting declarations filed concurrently herewith; the Complaint for Injunctive Relief and accompanying declarations; and all other documents and pleadings filed in this action. Plaintiffs respectfully request a hearing, or a decision without a hearing, as soon as practicable.

## COMPLIANCE WITH LOCAL RULE 7-19.1

On May 1, 2020, Judge Percy Anderson entered an order instructing the parties, "[p]rior to the filing of any application or motion seeking injunctive relief," to meet and confer to "discuss thoroughly, the substance of any such contemplated application or motion, any potential resolution, and whether the parties can agree on an appropriate briefing schedule." ECF 16.  On May 1, 2020, Plaintiffs' counsel and Defendants' counsel contacted each other to schedule a meet and confer to comply with the Court's order.  That same day, Plaintiffs' counsel also provided Defendants' counsel with courtesy copies of the filed complaint, as well as drafts of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction, supporting exhibits, and the Proposed Order.

Counsel for both parties met and conferred by telephone on Monday May 4, and Tuesday May 5, 2020, and discussed the contents of Plaintiffs' application and requested relief.  These meetings were followed by emailed messages.  *See* Exhibit A, Accompanying Declaration of Counsel, Carl Takei.  The parties were unable to come to an agreement on either the facts or the law, and unable to reach a resolution. Counsel for Defendants offered to provide answers to questions about the Defendants' alleged current practices and compliance with Centers for Disease Control ("CDC") guidance, and provided those responses on May 7, 2020. Defendants' responses identify plans that, if implemented, would improve their response to the pandemic, but do not adequately reduce the imminent threat to Plaintiffs or the need to file this Application.

Defendants' counsel stated that they oppose this Application for a Temporary Restraining Order and Preliminary Injunction, as well as the related Motion for Class Certification.  Defendants indicated that they would file their response within 24 hours of being served with Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction. Plaintiffs would file any reply within 24 hours of

the Defendants' response.  Plaintiffs request that the Court order an expedited briefing schedule in light of the urgency of the matter, and hold an evidentiary hearing at the Court's earliest convenience.

Pursuant to Local Rule 7-19 the contact information for Defendants' counsel is:

> Kayla N. Watson, Deputy County Counsel
> Orange County Counsel's Office
> 333 W. Santa Ana Blvd., Suite 407
> Santa Ana, CA 92701
> Mailing Address: P.O. Box 1379
> Santa Ana, CA 92702-1379
> (714) 834 – 5206
> Kayla.watson@coco.ocgov.com

Dated: May 11, 2020                    Respectfully Submitted,
                                       */s/ Mitchell A. Kamin*
                                        Mitchell A. Kamin (Bar No. 202788)
                                       *Attorney for Plaintiffs*

/s/Cassandra Stubbs

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Cassandra Stubbs
C.A. Bar No. 218849
Olivia Ensign
N.C. Bar No. 50689
Cristina Becker
N.C. Bar No. 46793
201 W. Main St., Suite 402, Durham, NC 27701
cstubbs@aclu.org
ensign@aclu.or
cbecker@aclu.org

Carl Takei
C.A. Bar No. 256229
Somil Trivedi
D.C. Bar No. 1617967
Clara Spera
N.Y. Bar No. 5590229
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
ctakei@aclu.org
strivedi@aclu.org
cspera@aclu.org

/s/ Peter Eliasberg

AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA
Peter Eliasberg
C.A. Bar No. 189110
1313 W. Eighth St.
Los Angeles, CA 90017

/s/ Mitchell Kamin

Mitchell Kamin
C.A. Bar No. 202788
Aaron Lewis
C.A. Bar No. 284244
Brittany Benjamin
C.A. Bar No. 323968
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com
mkamin@cov.com
bbenjamin@cov.com

Stacey Grigsby*
D.C. Bar No. 491197
Amia Trigg**
C.A. Bar No. 282890
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
sgrigsby@cov.com
atrigg@cov.com

/s/ John Washington

John Washington
C.A. Bar No. 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
(310) 399-7040
jwashington@sshhlaw.com

s/ Paul Hoffman

Paul Hoffman
C.A. Bar No. 71244
UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW
CIVIL RIGHTS LITIGATION CLINIC
401 E. Peltason Dr., Suite 1000, Irvine, CA 92687
(949) 824-0066

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Zoe Brennan-Krohn**
C.A. Bar No. 324912
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415)-343-0769
zbrennan-krohn@aclu.org

ATTORNEYS FOR PLAINTIFFS
*pro hac vice application forthcoming
**C.D. California admission application forthcoming