# EXHIBIT D

# DECLARATION OF MELISSA AHLMAN

I, MELISSA AHLMAN, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am very anxious and depressed at the moment. The news is playing in the background all day about COVID-19 and that only makes me more anxious. I am very worried about my daughter. I know that she needs me and the antibodies in my milk to boost her immune system.

3. Between March 13th and April 28th my boyfriend and mother were too scared to pick up the milk I pumped for my daughter because of the coronavirus. The jail was about to throw away the milk I had been pumping, but my mom came to the jail without telling me two weeks ago. I would have told her not to come even though my daughter needs my milk because I also worry for my mother's health. My mother is over 73 and I don't want to put her at risk.

4. We are supposed to turn our masks in to be laundered every week. However, the clothes that we get back from the laundry still smell like sweat and the underwear we get back is disgusting. Because of this, we are worried about including something we put on our faces into the laundry. Instead, I keep my mask and wash it with hot water every few days.

5. We still have not been given any gloves or hand sanitizer.

6. Yesterday, May 11, 2020, one of the girls in the tank was feeling under the weather. She has shivers and body aches. She has notified the medical staff multiple times that she didn't feel well during her diabetic checks. She was taken out of our room sometime last night. I don't know where is she is.

7. As I stated in my previous declaration, there is only one bathroom with two stalls for the eight of us to share. One of the sinks in the bathroom has been out of hot water for two weeks. We are all constantly trying to wash our hands and all have to share the single working sink.

8. Our shower has been acting up the last week and a half. Sometimes it won't turn on at all or will not start for five minutes. We only have one shower.

9. One of the two phones was shut off on May 10, 2020, which was Mother's Day. I am unsure why. On the day we wanted the phone most of all we had to wait in line to use the only working phone.

10. We are still only receiving a mop bucket with water and two towels every morning. We are not given any disinfectant. Sometimes the water in the mop bucket is clear and sometimes it is bright yellow. We have no idea what is in it. We wipe down all the surfaces in the common area with this mop water before we use it on the floors.

11. Because of the Coronavirus, and my confinement, I was not able to sign this declaration in person. The declaration was read to me, over the phone, by Sadé Evans on May 12, 2020. I understood and verified its contents in full, and authorized Sadé Evans to sign the declaration on my behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 12, 2020 in Santa Ana, California.

/s/ Sadé Evans
Signed by Sadé Evans on behalf of Melissa Ahlman

Because of the coronavirus, I was unable to meet with Melissa Ahlman in person to have her sign this declaration. On May 12, 2020, I read the declaration above in full to Melissa Ahlman over the phone, and she indicated she understood and authorized me to sign the declaration on his behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 12, 2020 in New York, New York.

/s/ Sadé Evans
Signed by Sadé Evans