# EXHIBIT F

# DECLARATION OF CYNTHIA CAMPBELL

I, CYNTHIA CAMPBELL, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently housed at the Central Women's Jail, which is part of the Orange County Jail in Santa Ana, California. I am currently housed in sector P-13, which is a medical tank.

3. Until yesterday, May 11, 2020, I shared a bunk with Cecibel Ortiz.

4. Cecibel Ortiz started running a fever yesterday. She also said her symptoms included severe body aches, chills, and a headache.

5. During morning diabetic check, Cecibel reported her symptoms to medical staff. She raised her concerns two more times during her second and third diabetic check. She stayed in bed all day. She went to diabetic check again around 8:30 PM and did not return.

6. Around 10:30 or 11 PM last night, two incarcerated workers went into P-13 and rolled up Cecibel's bedding. 45 minutes later, they also disinfected her bed.

7. Everyone in our sector believes Cecibel was tested for COVID-19 and moved to the IRC. I don't know where she is. We are all extremely worried and we have not been given any updates her situation.

8. We are supposed to turn our masks in to be laundered every week. However, the clothes that we get back from the laundry still smell like sweat and the underwear we get back is disgusting. Because of this, we are worried about including something we put on our faces into the laundry. Instead, we hand wash our masks every night.

9. We still have not been given any gloves or hand sanitizer.

10. We are still only receiving a mop bucket with water and little disinfectant and two towels to clean every morning.

11. I am still sitting and waiting up to an hour at a time at the medical benches to receive medical attention or to be brought back to my cell. During this time, we still sit in close proximity to other inmates that wait to be seen.

12. I still seriously feel at risk to contract COVID-19.

13. As of today, I have not been tested for COVID-19.

14. Because of the Coronavirus, and my confinement, I was not able to sign this declaration in person. The declaration was read to me, over the phone, by Sadé Evans on May 12, 2020. I understood and verified its contents in full, and authorized Sadé Evans to sign the declaration on my behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 12, 2020 in Santa Ana, California.

/s/ Sadé Evans

Signed by Sadé Evans on behalf of Cynthia Campbell

Because of the coronavirus, I was unable to meet with Cynthia Campbell in person to have her sign this declaration. On May 12, 2020, I read the declaration above in full to Cynthia Campbell over the phone, and she indicated she understood and authorized me to sign the declaration on his behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 12, 2020 in New York, New York.

/s/ Sadé Evans

Signed by Sadé Evans