# EXHIBIT G

# DECLARATION OF MONIQUE CASTILLO

I, MONIQUE CASTILLO, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. On May 1, 2020, I accompanied my cellmate Cecibel Ortiz to the nurse for our diabetic check in the morning. Cecibel had said that she wasn't feeling well. At 8pm, we traveled for our diabetic check again and Cecibel continued to say that she didn't feel well, so the nurses took her temperature.

3. When they took her temperature, she was not moved to a private location and instead remained near me and another diabetic person. They allowed the other diabetic to sit in the same room as Cecibel while they got checked. Since then, Cecibel has not returned to our medical tank, P-13.

4. Later that night, workers from upstairs in the tank came to roll up her bed and take her belongings.

5. I am extremely worried that I will get COVID. I am very close to Cecibel and I've recently shared a cup with her. In my unit, we all hang out together and are not able to maintain 6 feet distance

6. My anxiety is very high. I've been pulling my hair out in clumps because of stress.

7. Today, we were informed that Cecibel tested positive for COVID. We were all in contact with her all of May 11, 2020. My temperature was taken today, but I haven't been guaranteed that I will also be tested for COVID. My other cellmate Cynthia Campbell has been having headaches and a sore throat.

8. We have been informed that we are being quarantined today. I am not allowed to travel to the nurses to receive my insulin shot. I do not know if I will even receive the medication I need tonight.

9. I still have a very thin mask that the jail provided. It's so thin that I wear a bandanna underneath for more protection.

10. Because of the coronavirus, and my confinement, I was not able to sign this declaration in person. The declaration was read to me, over the phone, by Sade Evans on May 13, 2020. I understood and verified its contents in full, and authorized Sade Evans to sign the declaration on my behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 13, 2020 in Santa Ana, California.

/s/ Sadé Evans
Signed by Sadé Evans on behalf of Monique Castillo

Because of the coronavirus, I was unable to meet with Monique Castillo in person to have her sign this declaration. On May 13, 2020, I read the declaration above in full to Monique Castillo over the phone, and Monique Castillo indicated she understood and authorized me to sign the declaration on her behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 13, 2020 in New York, New York.

/s/ Sadé Evans
Signed by Sadé Evans