MITCHELL KAMIN (SBN 202788)
mkamin@cov.com
AARON LEWIS (SBN 284244)
alewis@cov.com
BRITTANY BENJAMIN (SBN 323968)
bbenjamin@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

CASSANDRA STUBBS (SBN 218849)
cstubbs@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

*Attorneys for Plaintiffs*

[Additional Counsel continued on next page]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, | Case No.: 8:20-cv-835-JGB-SHK <br><br> **SUPPLEMENTAL DECLARATION OF DR. JOE GOLDENSON IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

1      v.

2  DON BARNES, in his official capacity as
3  Sheriff of Orange County, California; and
   ORANGE COUNTY, CALIFORNIA
4

5      Defendant.

6

7  [Additional Counsel continued from first page]

8

| | |
|---|---|
| STACEY GRIGSBY | JOHN WASHINGTON (SBN 315991) |
| sgrigsby@cov.com | jwashington@sshhlaw.com |
| AMIA TRIGG** (SBN 282890) | SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP |
| atrigg@cov.com | |
| COVINGTON & BURLING LLP | |
| One CityCenter | 11543 W. Olympic Blvd. |
| 850 Tenth Street NW | Los Angeles, CA 90064 |
| Washington, DC 20001 | Telephone: (310) 399-7040 |
| Telephone: (202) 662-6000 | Facsimile: (310) 399-7040 |
| Facsimile: (202) 778-5906 | |
| | PETER ELIASBERG (SBN 189110) |
| OLIVIA ENSIGN | peliasberg@aclu.org |
| oensign@aclu.org | AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA |
| CRISTINA BECKER | |
| cbecker@aclu.org | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | |
| 201 W. Main St., Suite 402 | 1313 W 8th St |
| Durham, NC 27701 | Los Angeles, CA 90017 |
| Telephone: (919) 682-5659 | Telephone: (213) 977-9500 |
| Facsimile: (919) 682-5961 | |
| | PAUL HOFFMAN (SBN 71244) |
| | hoffpaul@aol.com |
| | UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW CIVIL |

---

SUPPLEMENTAL DECLARATION OF DR. JOE GOLDENSON IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

CARL TAKEI
ctakei@aclu.org
SOMIL TRIVEDI
strivedi@aclu.org
CLARA SPERA
cspera@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318

RIGHTS LITIGATION CLINIC
401 E. Peltason Dr., Suite 1000
Irvine, CA 92687
Telephone: (949) 824-0066

ZOE BRENNAN-KROHN
(SBN 324912)
zbrennan-krohn@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
Telephone: (415)-343-0769
Facsimile: (415) 255-1478

ATTORNEYS FOR PLAINTIFFS

*\*C.D. California admission application forthcoming*

**DECLARATION OF DR. JOE GOLDENSON**

I, Dr. Joe Goldenson, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I have reviewed Orange County Sheriff Department Commander Joseph Balicki's declaration, ECF No. 61. He reports that the Orange County Jail's current population is 2,799 and that this "means the jail is operating at 46% capacity of available beds." ECF No. 61. For multiple reasons, this calculation does not show that the Jail is operating consistent with CDC Guidance.

2. First, the calculation appears to use an inflated number of beds as its baseline. The rated capacity of a facility is the maximum number of incarcerated occupants for which a facility's cells or dormitories, except those dedicated for health care or disciplinary separation housing, were planned and designed in conformity to Title 15 regulations (maintained by BSCC) and Title 24 regulations (maintained by the California Building Standards Commission). The California Board of State and Community Corrections (BSCC) has rated the capacity of the four facilities at the Orange County Jail at 3,975 beds.[1] Thus, if the Jail's current population is 2,799, then it is operating at 70% of its rated capacity. The "available beds" calculation of 6,159 inmates is far larger than the rated capacity of the facility. For reasons that are not clear to me, it is also 181 beds larger than

---

[1] *See* State of California Board of State and Community Corrections 2016-2018 Biennial Inspection: Orange County's Type II and Court Holding Facilities, Penal Code Section 6031 (Sep. 26, 2018) at 26 (Intake Release Center: 406) & 37 (Central Men's Jail: 1219) & 44 (Women's Jail: 270) & 50 (Theo Lacy Facility: 2080).

1
SUPPLEMENTAL DECLARATION OF DR. JOE GOLDENSON IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

the statistics attached to Commander Balicki's May 12, 2020 declaration, which claimed a total of 5,978 beds. See ECF 44-11 (Ex. A-4 to Declaration of Joseph Balicki).

3. Second, even if the calculation were based on the BSCC rated capacity, BSCC ratings were not designed with a pandemic that requires social distancing in mind. Even if the Jail did achieve fifty percent of its BSCC rated capacity, which would require an inmate population of less than 2,000, it would not be operating consistent with CDC Guidance if, among other things, inmates in dormitory housing remained unable to maintain distance of six feet or more from each other at all times, including in communal areas. The population must be reduced overall so that it is possible for detained persons to be able to maintain six feet or more from others at all times; there is no double or triple bunking; there are adequate cells for individuals who are symptomatic or who have contracted COVID-19; and proper screening, quarantining, and isolation procedures can be put into place.

4. Third, relying only on jail-wide statistics is problematic because it does not show how much crowding is taking place in individual housing units. For example, in the large dormitories in Theo Lacy, there are 128 persons in the G/East Barrack dormitory and 108 persons in the F/East Dormitory. *See* ECF 44-11 (Ex. A-4 to Declaration of Joseph Balicki). These levels appear to be below the listed capacities of 192 beds. But again, the bed capacity as reported by the OCSD is higher than the rated capacity permitted by the BSCC. The rated capacity for those dormitories is 104 beds per dormitory. Cal. BSCC 2016-2018 Biennial Inspection, *supra* n.1, page 51. The current population levels in those dormitories exceeds the rated capacity, which—as noted above—is already excessive under the circumstances.

5. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing declaration is true and correct. Executed on May 19, 2020 in Alameda County, California.

DATED: May 19, 2020

By: _____
Dr. Joe Goldenson

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

D Kevin Dunn
Kayla Nicole Watson
Laura D Knapp
Rebecca Sorgen Leeds
Office of the County Counsel
County of Orange
333 West Santa Ana Boulevard Suite 407
P O Box 1379
Santa Ana, CA 92702-1379
714-834-3300
Fax: 714-834-2359
Email: kevin.dunn@coco.ocgov.com
Email: kayla.watson@coco.ocgov.com
Email: laura.knapp@coco.ocgov.com
Email: rebecca.leeds@coco.ocgov.com
*Attorneys for Defendants*

/s/ Cassandra Stubbs
Cassandra Stubbs