# EXHIBIT P

## DECLARATION OF CECIBEL CARIDAD ORTIZ

I, CECIBEL CARIDAD ORTIZ, hereby declare:

1. I make this declaration based on my own personal knowledge, and if called to testify I could and would do so competently as follows:
2. I am 31 years old.
3. I am currently housed at Central Women's Jail ("CWJ"), which is part of the Orange County Jail in Santa Ana, California.
4. I have been in Orange County Sheriff's Department ("OCSD") custody since October 30, 2018.
5. I am currently housed in the P-13, which is a medical module. The medical module houses women who have different medical needs. There are two women who use canes, one who uses a walker, two who are nursing mothers, one who is not autoimmune, and three of us who are diabetic. There are currently seven people in my module. Six beds are laid out individually while three are bunk beds. Each bed is approximately three feet away from each other.
6. My bunk and another bunk are very close to the dayroom, about two to three feet apart. Our dayroom is all day, from 4:00am to 11:30pm, and is basically in the same area as our bunks. There is no wall separation between my module and the day room. The chairs at our table are about a foot away from each other, and the phone is three feet away from the chairs. There is not enough space to keep 6ft distance from each other.
7. The dayroom is for all the women in my housing module. We can all walk into the dayroom freely and we only share it with the people in my module.
8. I have type one diabetes and I am insulin dependent. I also have anxiety.
9. I have received medical treatment for diabetes and for mental health. I have not had my temperature taken by nursing staff.
10. I am taken from my module three times per day for a diabetic check. I am instructed to sit on the medical benches while I wait to see nursing staff. While I

1                                                                                                          P-2

wait, I come in close contact with people who pass by to see the nursing staff. If the staff is aware that we're there to get treatment it takes about fifteen minutes to be seen or less. It takes up to thirty minutes, for the staff to pick us up. The sheriff runs 30-minute walkthroughs for the staff and won't allow us to be picked up until the 30 minutes are completely done. We are rarely picked up sooner than thirty minutes. While I wait to be picked, I sit on the same medical benches that I did when I wait to be seen by the nurse.

11. From the module to the medical benches is about a 45-yard walk. A staff member will unlock our door and allow us to walk to the medical benches. Sometimes the guards are directly behind us, and other times we are allowed to go alone. I travel with up to four people which includes the other diabetics in my module and sometimes a nursing mom.

12. I have been provided one single-use face mask by OCSD that I have used for three weeks. The face mask is the type of mask a painter would use. Last week, we received cotton masks. On the mask, it says "100% cotton. Machine-washable. Bayside makes no warranties, either expressive or implied, that the mask prevents infections or the transmission of viruses or diseases. Non-medical face masks." I am concerned because the mask clearly states that they are not guaranteed to protect us. We've been told that they will be changed during clothing exchange time. I am not sure if we will receive new masks or if they will simply wash the ones we have.

13. I have not been provided gloves or any other personal protective equipment.

14. During clothing exchange, inmate workers wear masks and gloves to handle clothing. However, inmate workers do not change their gloves after handling dirty clothes and linens before they handle our clean clothes and linens. We receive some hard soap the size of a small hotel bar and toilet paper every day, but sometimes we only get two rolls of toilet paper and four bars of soap for seven women for the entire day. Recently, we ran out of toilet paper while some women

were using the restroom. We had to wait 45 minutes until we received more toilet paper from the deputies. We pressed the emergency button, but we were told that our request was not an emergency. We received more toilet paper only when a woman's mother called the watch commander about this issue.

15. Every morning, my module also gets a cleaning cart with supplies for the day. The cleaning cart includes a mop bucket that contains disinfectant solution that is watered down. We use that to clean the two toilets, two sinks, and one shower. We can only use the cleaning solution in the morning because the bucket is considered contraband. We only get two towels to dip into the solution to clean everything. We do not get enough solution to clean everything throughout the day.

16. Right now, we are only receiving cold meals. The inmate workers give us our meals. Our meals are distributed through a little opening in the door. We don't know if the little opening in the door is clean. They give diabetics, like me, two pieces of bread in a sandwich bag. On March 21, 2020, they have given us rotten apples that are browning and have mold. I don't know what my food and the sandwich bags have been exposed to.

17. OCSD has not informed us properly about COVID-19. They have only given announcements through the speaker about hand-washing and how to do social distancing. But that is not even possible here. When I travel to the medical benches, I am afraid to sit down. I have no idea who sits on these benches throughout the day. I would rather the nurses come to our module instead of traveling to see the nurses all the time. We are all medically vulnerable and do not want to contract COVID-19 or spread it to each other.

18. In the beginning of March, when COVID-19 started, OCSD took me to the emergency room for back pain. I was in the emergency room at Anaheim Global Hospital for six hours. I interacted with three nurses, a doctor, and a deputy while in the ER. While my vitals were being taken, I sat in close proximity to another person. On our way back, OCSD transport picked up five men from Theo Lacy on

the way to the Intake Release Center. There was only a little gate separating me from the five men and two deputies in the vehicle. This happened before OCSD distributed face masks, so no one wore a face mask.

19. OCSD does not seem to be quarantining individuals for a reasonable amount of time before bringing them into contact with us. Recently, a pregnant woman who was new to the jail, was briefly housed in my module. Prior to her being housed in my module, she was held in FOU for three days. The FOU are rooms in the infirmary where the nurses are able to monitor inmates 24/7. I don't know if she was tested while she was there.

20. If I was released, I would stay at my home in Riverside. My uncle would pick me up from the OC Jail facility. If needed, I would be able to quarantine myself in my home and receive medical care.

21. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this April 24, 2020, in Santa Ana, California. I served as a member of the Board of Directors of the National Commission on Correctional Health Care for eight years and was past President of the California chapter of the American Correctional Health Services Association. In 2014, I received the Armond Start Award of Excellence from the Society of Correctional Physicians, which recognizes its recipient as a representative of the highest ideals in correctional medicine.

22. Because of COVID-19, and my confinement, I was not able to sign this declaration in person. The declaration was read to me, over the phone, by Sadé Evans on April 24, 2020. I understood and verified its contents in full, and authorized Sadé Evans to sign the declaration on my behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 24, 2020 in Santa Ana, California.

/s/ Sadé Evans

Signed by on behalf of Cecibel Caridad Ortiz

23. Because of the coronavirus, I was unable to meet with Cecibel Ortiz in person to have her sign this declaration. On April 24, 2020, I read the declaration above in full to Cecibel Ortiz over the phone, and Cecibel Ortiz indicated she understood and authorized me to sign the declaration on her behalf. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 24, 2020 in New York, New York.

/s/ Sadé Evans

Signed by on behalf of Cecibel Caridad Ortiz