LEON J. PAGE, COUNTY COUNSEL
LAURA D. KNAPP, SUPERVISING DEPUTY (CA SBN 162800)
laura.knapp@coco.ocgov.com
D. KEVIN DUNN, SENIOR DEPUTY (CA SBN 194604)
kevin.dunn@coco.ocgov.com
REBECCA S. LEEDS, SENIOR DEPUTY (CA SBN 221930)
rebecca.leeds@coco.ocgov.com
KAYLA N. WATSON, DEPUTY (CA SBN 286423)
kayla.watson@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants DON BARNES
and COUNTY OF ORANGE (erroneously named
as ORANGE COUNTY, CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, *et al*.,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA.<br><br>Defendants/Respondents. | Case No.   8:20-cv-00835-JGB-SHK<br><br>**DEFENDANTS' EX PARTE APPLICATION TO IMMEDIATELY DISSOLVE MAY 26, 2020 PRELIMINARY INJUNCTION; OR IN THE ALTERNATIVE, SET EXPEDITED HEARING TO DISSOLVE PRELIMINARY INJUNCTION**<br><br>**[Memorandum of Points and Authorities in Support Thereof, Declarations in Support & [Proposed] Order concurrently filed herewith]** |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-19, the above-captioned Defendants, by and through undersigned counsel, hereby apply ex parte to dissolve the Preliminary Injunction issued on

//

//

May 26, 2020 [ECF 65[1]] (the "Order") or in the alternative, grant Defendants an evidentiary hearing on an expedited basis to further establish the facts supporting dissolving the Order. It is further requested that this Court give scheduling priority to this Ex Parte Application and the requests herein and in the supporting Memorandum of Points and Authorities filed concurrently herewith as this issue will better determine the scope of the discovery Plaintiffs are entitled to. Specifically, Defendants will and hereby do move the Court for:

(1) An Order dissolving the Order upon the showing of changed circumstances by Defendants in these papers; or

(2) *Alternatively,* if the Court does not dissolve the PI Order outright, for an Order granting Defendants an evidentiary hearing on an expedited basis to further establish the facts supporting dissolving the Order.

Defendants make this request ex parte to protect Defendants' rights and maintain the *status quo* of conditions at the Orange County Jail ("Jail"), which have significantly improved since this Court issued the Order. ***As of today***, there are only **6** COVID positive inmates in the Jail, and ***all are new arrestees***. This is significant new evidence because it demonstrates that there is currently *zero* intra-facility COVID-19 spread among the inmate population and the current positive cases are a result of new arrestees becoming infected through community transmission, and not from becoming infected in the Jail. As such, Defendants request to immediately dissolve the Order on the grounds that the Order is not factually or legally supported for it to remain.

As set forth in further detail in the Memorandum of Points and Authorities filed concurrently herewith and the Declarations submitted in support thereof, Defendants submit that good cause exists to grant the relief requested herein. The Court of Appeals "*sua sponte* remand[ed] this case to [this Court] for the limited purpose of allowing the parties to present any evidence of changed circumstances that might merit modification or dissolution of the preliminary injunction." Dkt. 16, 19. Accordingly, Defendants submit this ex parte

---

[1] All references to ECF are to filings in the District Court case, while references to Dkt. are to filings in the Court of Appeals case.

application seeking immediate relief from this Court as Defendants have significant new evidence to present to this Court that warrant dissolving the preliminary injunction.

In the alternative, Defendants respectfully request that this Court grant Defendants an evidentiary hearing on an expedited basis to further establish the facts supporting dissolving the Order.

Pursuant to Local Rule 7-19.1, on June 15, 2020, Defendants' undersigned counsel provided notice of its intent to file this ex parte application to Plaintiffs' counsel by electronic mail, and inquired as to Plaintiffs' position.  *See* Declaration of Kayla Watson.  On June 17, counsel for both parties met and conferred over the phone regarding *inter alia,* the grounds for Defendants seeking ex parte relief, which Plaintiffs' counsel disagreed with.  *Id*.  Plaintiffs' counsel's name, address, and telephone number are as follows:

> Stacey K. Grigsby
> sgrigsby@cov.com
> Covington & Burling LLP
> One City Center, 850 Tenth Street, NW
> Washington, DC 200001-4956
> (202) 662-5238

Defendants' application is based on this Notice of Ex Parte Application, the accompanying Memorandum of Points and Authorities, the Declarations filed concurrently herewith, the pleadings, transcripts, records and papers filed herein, and such other and further oral and documentary evidence and legal memoranda as may be presented at or by hearing on this application.  A proposed order is lodged herewith.

DATED: June 19, 2020

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
KAYLA N. WATSON, DEPUTY

By: _____/s/_____
   Kayla N. Watson, Deputy

Attorneys for Defendants,
Don Barnes and County of Orange

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Ste. 407, Santa Ana, California 92701; and my e-mail address is Marzette.lair@ coco.ocgov.com. I am not a party to the within action.

BY CM/ECF: On June 19, 2020, I caused the document DEFENDANTS' EX PARTE APPLICATION TO DISSOLVE MAY 26, 2020 PRELIMINARY INJUNCTION; OR IN THE ALTERNATIVE, SET EXPEDITED HEARING TO DISSOLVE PRELIMINARY INJUNCTION to be served upon all counsel of record in this action who are registered with the United States District Court's CM/ECF system and listed below by utilizing the United States District Court's CM/ECF system:

| | |
|---|---|
| MITCHELL KAMIN, ESQ<br>mkamin@cov.com<br>AARON LEWIS, ESQ.<br>alewis@cov.com<br>BRITTANY BENJAMIN, ESQ.<br>bbenjamin@cov.com<br>COVINGTON & BURLING LLP<br><br>CASSANDRA STUBBS, ESQ.<br>cstubbs@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>STACEY GRIGSBY, ESQ.<br>sgrigsby@cov.com<br>AMIA TRIGG, ESQ.<br>atrigg@cov.com<br>COVINGTON & BURLING LLP<br><br>OLIVIA ENSIGN, ESQ.<br>oensign@aclu.org<br>CRISTINA BECKER, ESQ.<br>cbecker@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION | JOHN WASHINGTON, ESQ.<br>jwashington@sshhlaw.com<br>SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP<br><br>PETER ELIASBERG, ESQ.<br>peliasberg@aclu.org<br>AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA<br><br>PAUL HOFFMAN, ESQ.<br>hoffpaul@aol.com<br>UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW CIVIL RIGHTS LITIGATION CLINIC<br><br>CARL TAKEI, ESQ.<br>ctakei@aclu.org<br>SOMIL TRIVEDI, ESQ.<br>strivedi@aclu.org<br>CLARA SPERA, ESQ.<br>cspera@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>ZOE BRENNAN-KROHN, ESQ.<br>zbrennan-krohn@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 19th day of June, 2020

_____s/Marzette L. Lair_____

OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF ORANGE