LEON J. PAGE, COUNTY COUNSEL
LAURA D. KNAPP, SUPERVISING DEPUTY (CA SBN 162800)
laura.knapp@coco.ocgov.com
D. KEVIN DUNN, SENIOR DEPUTY (CA SBN 194604)
kevin.dunn@coco.ocgov.com
REBECCA S. LEEDS, SENIOR DEPUTY (CA SBN 221930)
rebecca.leeds@coco.ocgov.com
KAYLA N. WATSON, DEPUTY (CA SBN 286423)
kayla.watson@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants DON BARNES
and ORANGE COUNTY, CALIFORNIA

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, *et al*., <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA. <br><br> Defendants/Respondents. | Case No.   8:20-cv-00835-JGB-SHK <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> Magistrate Judge Shashi H. Kewalramani <br><br> **DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER [65]: JULY 17, 2020** <br><br> Action Filed:   April 30, 2020 |

//
//
//

# DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER: JULY 17, 2020

This is a follow up report from the Court Ordered Weekly Report dated July 10, 2020.  If there is no new information to provide, all previously reported information is incorporated herein.  Below is the new information to report to the court for the week of July 17, 2020:

**TESTING DATA FOR THE ORANGE COUNTY JAIL POPULATION AS OF JULY 17, 2020**:

- Total cumulative tests administered = 2,532
- Total cumulative number of inmates with negative results = 2,052
- Total cumulative number of inmates with positive results = 434
- Total cumulative inmates recovered = 401
- Total pending tests on July 17th = 46
- Total inmates on July 17th with confirmed positive tests = 33

In the Defendant's last compliance report dated July 10th, it was reported that there remained 9 pending test results from the G East Quarantine.  All 9 test results have now been returned and 1 more inmate tested positive from the G East Quarantine.  This inmate was one of the inmates in the same cube as the COVID positive inmate.[1]  All quarantine and isolation protocols were followed as a result.

As previously reported, all inmates in the G East Quarantine will be retested each week until there are no positive cases for 14 days. A second round of testing occurred this week on all inmates who previously tested negative. As of the time of submitting this report, of the inmates who were tested in the second round, 57 inmates have tested negative

---

[1] While it was previously reported that none of the inmates in the same cube as the COVID-19 positive inmate tested positive, that statement should have clarified that there still remained a few pending tests from inmates in the same cube as the COVID-19 positive inmate, and therefore the report should have clarified that as of July 3rd, none of the inmates whose tests results have been returned have tested positive for the COVID-19 virus.

and 1 inmate tested positive.² All remaining test results that have been returned have come back negative. Correctional Health Services will release individuals from quarantine or order a third round of testing where medically appropriate.

As of today, 3 COVID positive inmates are from the G East Quarantine and the remaining 30 COVID positive inmates are the result of new bookings/new arrestees.

Currently there are 3,307 inmates in the Orange County Jail and 2,852 vacancies. As reported in the July 3, 2020, report, the increase in jail population is due to the rescission of the COVID-19 Emergency Bail Schedule, (*see* Dkt. 97, p. 2 ¶ 1(a), (b)) as well as the California Department of Corrections suspension of accepting state prison sentenced inmates into their custody. There are 238 state prison sentenced inmates who remain in the Orange County Jail as a result and 59 sentenced inmates awaiting transfer to state hospital. There has not been an inmate transfer to state prison since the second week of March.

The Sheriff will continue to take active and preventative measures to control and limit the transmission of COVID -19 into the Orange County Jail.

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
LAURA D. KNAPP, SUPERVISING DEPUTY
D. KEVIN DUNN, SENIOR DEPUTY
REBECCA S. LEEDS, SENIOR DEPUTY
KAYLA N. WATSON, DEPUTY

DATED: July 17, 2020      By:      /S/
                                   Kayla N. Watson, Deputy

Attorneys for Defendants DON BARNES and COUNTY OF ORANGE

---

² This testing data is "hot off the press" and so these numbers are not reflected in the total cumulative numbers stated above under the heading "TESTING DATA FOR THE ORANGE COUNTY JAIL POPULATION AS OF JULY 17, 2020". The total cumulative numbers stated above are current as of the morning of July 17, 2020.

DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF
DON BARNES RE: PRELIMINARY INJUNCTION ORDER

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Ste. 407, Santa Ana, California 92701; and my e-mail address is julie.hicks@ coco.ocgov.com. I am not a party to the within action.

[ ] (BY U.S. MAIL) On _____, I caused the document, **DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER [65]: JULY 17, 2020**, to be placed in an envelope(s) addressed as shown below (last known addresses) for collection and mailing at Santa Ana, California, following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[X] (BY CM/ECF) On **July 17, 2020**, I caused the aforementioned document to be served upon all counsel of record in this action who are registered with the United States District Court's CM/ECF system and listed below by utilizing the United States District Court's CM/ECF system:

| | |
|---|---|
| MITCHELL KAMIN, ESQ mkamin@cov.com; echiulos@cov.com, docketing@cov.com, ccamp@cov.com, AARON LEWIS, ESQ. rtoombs@cov.com; alewis@cov.com, docketing@cov.com BRITTANY BENJAMIN, ESQ. bbenjamin@cov.com; chong@cov.com, docketing@cov.com MARTA P. COOK, ESQ. mcook@cov.com COVINGTON & BURLING LLP<br><br>CASSANDRA STUBBS, ESQ. cstubbs@aclu.org; sevans@aclu.org AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>STACEY GRIGSBY, ESQ. sgrigsby@cov.com AMIA TRIGG, ESQ. atrigg@cov.com COVINGTON & BURLING LLP<br><br>OLIVIA ENSIGN, ESQ. oensign@aclu.org CRISTINA BECKER, ESQ. cbecker@aclu.org AMERICAN CIVIL LIBERTIES UNION FOUNDATION | JOHN WASHINGTON, ESQ. cgallegos@sshhlaw.com, whoffman@sshhlaw.com, jwashington@sshhzlaw.com SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP<br><br>PETER ELIASBERG, ESQ. peliasberg@aclu.org; ckasher@aclusocal.org AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA<br><br>PAUL HOFFMAN, ESQ. hoffpaul@aol.com, sshhwilliam@gmail.com, jwashington@sshhzlaw.com UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW CIVIL RIGHTS LITIGATION CLINIC<br><br>CARL TAKEI, ESQ. ctakei@aclu.org SOMIL TRIVEDI, ESQ. strivedi@aclu.org CLARA SPERA, ESQ. cspera@aclu.org AMERICAN CIVIL LIBERTIES UNION FOUNDATION |

| | |
|---|---|
| SARAH A. HINGER.<br>smedina@aclu.org;<br>shinger@aclu.org;<br>sevans@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ZOE BRENNAN-KROHN, ESQ.<br>zbrennan-krohn@aclu.org;<br>asmith@aclu.org;<br>maoyama@aclu.org;<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 17th day of July, 2020

_____/S/_____
Julie Hicks

CERTIFICATE OF SERVICE