LEON J. PAGE, COUNTY COUNSEL
LAURA D. KNAPP, SUPERVISING DEPUTY (CA SBN 162800)
laura.knapp@coco.ocgov.com
D. KEVIN DUNN, SENIOR DEPUTY (CA SBN 194604)
kevin.dunn@coco.ocgov.com
REBECCA S. LEEDS, SENIOR DEPUTY (CA SBN 221930)
rebecca.leeds@coco.ocgov.com
KAYLA N. WATSON, DEPUTY (CA SBN 286423)
kayla.watson@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants DON BARNES
and ORANGE COUNTY, CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, *et al*., <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA. <br><br> Defendants/Respondents. | Case No.  8:20-cv-00835-JGB-SHK <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> Magistrate Judge Shashi H. Kewalramani <br><br> **DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER [65]: JULY 24, 2020** <br><br> Action Filed:  April 30, 2020 |

//

//

//

**DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER: JULY 24, 2020**

This is a follow up report from the Court Ordered Weekly Report dated July 17, 2020. If there is no new information to provide, all previously reported information is incorporated herein. Below is the new information to report to the court for the week of July 24, 2020:

**TESTING DATA FOR THE ORANGE COUNTY JAIL POPULATION AS OF JULY 24, 2020**:

- Total cumulative tests administered = 2,706
- Total cumulative number of inmates with negative results = 2,241
- Total cumulative number of inmates with positive results = 465
- Total cumulative inmates recovered = 425
- Total pending tests on July 24th = 33
- Total inmates on July 24th with confirmed positive tests = 40

Following up on the July 17th report regarding the G East Quarantine, a third round of testing occurred this week on all inmates who previously tested negative. As of the time of submitting this report, of the inmates who were tested in the third round, 1 more inmate tested positive. All quarantine and isolation protocols are being followed as a result. All remaining test results that have been returned from the G East Quarantine have come back negative. Correctional Health Services ("CHS") will release individuals from quarantine or order a fourth round of testing where medically appropriate.

On July 21, 2020, CHS and OCSD learned of a COVID-positive inmate housed in general population at Theo Lacy Facility ("TLF") Mod P, sector 45. The inmate complained of symptoms and was tested for COVID-19, which resulted in a positive result. The inmate was transferred out of Mod P into medical isolation. The remainder of Mod P, sector 45 was placed on quarantine ("Mod P Quarantine") and was tested, or will be tested, for COVID-19. As a result, there are 15 COVID-positive inmates to date from the Mod P

Quarantine. All inmates in the Mod P Quarantine will be retested each week until there are no positive cases for 14 days.

Moreover, upon learning of the COVID positive inmate in Mod P, OCSD and CHS attempted to identify and locate the inmate's cellmate. The cellmate was unfortunately at court. The Captain in charge of the courthouse was immediately notified regarding the potential exposure inmate that was currently at his courthouse. It was discovered through contact tracing that this inmate had been in prolonged contact with 21 other inmates while at court. The exposure inmate (the cellmate) was immediately separated from the 21 other inmates and placed into his/her own holding cell and transported back to the Jail separately. The 21 other inmates were all placed into one holding cell and transported back to the IRC to be housed in quarantine housing/monitoring and COVID-19 testing. COVID-19 testing results have not been returned but they are expected to yield some positive results.

CHS and OCSD conducted contact tracing interviews of all inmates in Mod P, as well as staff who had contact with Mod P, to try to determine the source of COVID-19 entering Mod P and infecting the inmate. CHS and OCSD were not able to make a determination however it is presumed that the virus came into Mod P by some outside source, whether that be by a staff member, an inmate going to court, or by some other visitor or external source entering the Jail facility. This situation goes to show that limited interaction between staff and inmates is critical during this time. Furthermore, this situation is not the result of violating the court order as it is unknown how the inmate became infected.

In sum, as of today, 1 COVID positive inmate is from the G East Quarantine. 15 are from the Mod P Quarantine and the remaining 24 COVID positive inmates are the result of new bookings/new arrestees.

Currently there are 3,310 inmates in the Orange County Jail and 2,849 vacancies. On July 20, 2020, the Sheriff decided to begin releasing general population inmates early who have 90 days or less remaining on their sentence (as opposed to 30 days, which was the

- 3 -
DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF
DON BARNES RE: PRELIMINARY INJUNCTION ORDER

previous decision) and whose pending and prior charges meet the Sheriff's criteria for release.  Moreover, the Sheriff decided to also begin releasing medically vulnerable inmates early with 6 months or less remaining on their sentence (as opposed to 60 days) and whose pending and prior charges meet the Sheriff's criteria for release.  This decision was made due to the increase in inmate population in the last few weeks, needing to sustain space for new booking quarantine and general population quarantine, as well as maintaining the current social distancing protocols in place.

    The Sheriff will continue to take active and preventative measures to control and limit the transmission of COVID -19 into the Orange County Jail.

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
LAURA D. KNAPP, SUPERVISING DEPUTY
D. KEVIN DUNN, SENIOR DEPUTY
REBECCA S. LEEDS, SENIOR DEPUTY
KAYLA N. WATSON, DEPUTY

DATED: July 24, 2020        By:     _____/S/_____
Kayla N. Watson, Deputy

Attorneys for Defendants DON BARNES and COUNTY OF ORANGE

DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Ste. 407, Santa Ana, California 92701; and my e-mail address is vanessa.leiva@coco.ocgov.com. I am not a party to the within action.

[ ] (BY U.S. MAIL) On _____, I caused the document, **DEFENDANTS' COMPLIANCE REPORT OF ORANGE COUNTY SHERIFF DON BARNES RE: PRELIMINARY INJUNCTION ORDER [65]: JULY 24, 2020**, to be placed in an envelope(s) addressed as shown below (last known addresses) for collection and mailing at Santa Ana, California, following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[**X**] (BY CM/ECF) On **July 24, 2020**, I caused the aforementioned document to be served upon all counsel of record in this action who are registered with the United States District Court's CM/ECF system and listed below by utilizing the United States District Court's CM/ECF system:

| | |
|---|---|
| MITCHELL KAMIN, ESQ<br>mkamin@cov.com; echiulos@cov.com, docketing@cov.com, ccamp@cov.com,<br>AARON LEWIS, ESQ.<br>rtoombs@cov.com; alewis@cov.com, docketing@cov.com<br>BRITTANY BENJAMIN, ESQ.<br>bbenjamin@cov.com; chong@cov.com, docketing@cov.com<br>MARTA P. COOK, ESQ.<br>mcook@cov.com<br>COVINGTON & BURLING LLP<br><br>CASSANDRA STUBBS, ESQ.<br>cstubbs@aclu.org; sevans@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>STACEY GRIGSBY, ESQ.<br>sgrigsby@cov.com<br>AMIA TRIGG, ESQ.<br>atrigg@cov.com<br>COVINGTON & BURLING LLP<br><br>OLIVIA ENSIGN, ESQ.<br>oensign@aclu.org<br>CRISTINA BECKER, ESQ.<br>cbecker@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION | JOHN WASHINGTON, ESQ.<br>cgallegos@sshhlaw.com, whoffman@sshhlaw.com, jwashington@sshhzlaw.com<br>SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP<br><br>PETER ELIASBERG, ESQ.<br>peliasberg@aclu.org; ckasher@aclusocal.org<br>AMERICAN CIVIL LIBERTIES FUND OF SOUTHERN CALIFORNIA<br><br>PAUL HOFFMAN, ESQ.<br>hoffpaul@aol.com, sshhwilliam@gmail.com, jwashington@sshhzlaw.com<br>UNIVERSITY OF CALIFORNIA, IRVINE SCHOOL OF LAW CIVIL RIGHTS LITIGATION CLINIC<br><br>CARL TAKEI, ESQ.<br>ctakei@aclu.org<br>SOMIL TRIVEDI, ESQ.<br>strivedi@aclu.org<br>CLARA SPERA, ESQ.<br>cspera@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |

| SARAH A. HINGER.<br>smedina@aclu.org;<br>shinger@aclu.org;<br>sevans@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ZOE BRENNAN-KROHN, ESQ.<br>zbrennan-krohn@aclu.org;<br>asmith@aclu.org;<br>maoyama@aclu.org;<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
|---|---|

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 24th day of July, 2020

_____/S/_____
Vanessa Leiva

CERTIFICATE OF SERVICE