MITCHELL KAMIN (SBN 202788)
mkamin@cov.com
AARON LEWIS (SBN 284244)
alewis@cov.com
BRITTANY BENJAMIN (SBN 323968)
bbenjamin@cov.com
BENJAMIN SEGAL (SBN 330787)
bsegal@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

CASSANDRA STUBBS (SBN 218849)
cstubbs@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

Attorneys for Plaintiffs
[Additional Counsel continued on next page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MELISSA AHLMAN, DANIEL KAUWE, MICHAEL SEIF, JAVIER ESPARZA, PEDRO BONILLA, CYNTHIA CAMPBELL, MONIQUE CASTILLO, MARK TRACE, CECIBEL CARIDAD ORTIZ, and DON WAGNER, on behalf of themselves and all others similarly situated, *et al*., <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> DON BARNES, in his official capacity as Sheriff of Orange County, California; and ORANGE COUNTY, CALIFORNIA. <br><br> Defendants/Respondents. | Case No.    8:20-cv-00835-JGB-SHK <br><br> Assigned to the Honorable Jesus G. Bernal <br><br> Referred to Magistrate Judge <br> Shashi H. Kewalramani <br><br> **DISCOVERY MATTER - STIPULATED** <br><br> **REVISED STIPULATION AND PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL DISCOVERY** <br><br> Action Filed:        April 30, 2020 |

[~~PROPOSED~~] PROTECTIVE ORDER

[Additional Counsel continued from first page]

STACEY GRIGSBY
sgrigsby@cov.com
AMIA TRIGG (SBN 282890)
atrigg@cov.com
MARTA COOK
mcook@cov.com
LAURA BETH COHEN
lcohen@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

OLIVIA ENSIGN
oensign@aclu.org
CRISTINA BECKER
cbecker@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
Telephone: (919) 682-5659
Facsimile: (919) 682-5961

CARL TAKEI (SBN 256229)
ctakei@aclu.org
SOMIL TRIVEDI
strivedi@aclu.org
CLARA SPERA
cspera@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318

JOHN WASHINGTON (SBN 315991)
jwashington@sshhlaw.com
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 399-7040
Facsimile: (310) 399-7040

PETER ELIASBERG (SBN 189110)
peliasberg@aclu.org
AMERICAN CIVIL LIBERTIES
FUND OF SOUTHERN
CALIFORNIA
1313 W 8th St
Los Angeles, CA 90017
Telephone: (213) 977-9500

PAUL HOFFMAN (SBN 71244)
hoffpaul@aol.com
UNIVERSITY OF CALIFORNIA,
IRVINE SCHOOL OF LAW CIVIL
RIGHTS LITIGATION CLINIC
401 E. Peltason Dr., Suite 1000
Irvine, CA 92687
Telephone: (949) 824-0066

ZOE BRENNAN-KROHN (SBN
324912)
zbrennan-krohn@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0769
Facsimile: (415) 255-1478

ATTORNEYS FOR PLAINTIFFS

[PROPOSED] PROTECTIVE ORDER

## [~~PROPOSED~~ PROTECTIVE ORDER]

On or about October 2, 2020, Plaintiffs in the current case captioned as *Ahlman v. Barnes, et al.* Case No. 8:20-cv-835-JGB-SHK, by and through their counsel of record, and Plaintiffs in the parallel state action *Castillo et al. v. Barnes*, Case No. 30-2020-01141117-CU-WM-CXC (Super. Ct. Calif.), ("all Plaintiffs") by and through their counsel of record, and Defendants, Don Barnes, Sheriff of Orange County and the County of Orange, by and through their counsel of record, ("the parties") stipulated to a protective order regarding confidential information produced pursuant to the Court's June 26, 2020 Order granting expedited discovery (ECF No. 93) and seek to have a protective order entered by the Court based on that stipulation. The stipulation has been filed with the Court. Based on that Stipulation, the following Protective Order shall apply to all Discovery in this action:

1.      Attorneys for all Plaintiffs shall secure and maintain the Discovery until the end of this litigation and any associated appeal.

2.      Attorneys for all Plaintiffs shall agree that the Discovery shall be used only for the purposes set forth below and for no other purpose.

3.      The Discovery shall be used solely in connection with *Ahlman v. Barnes, et al.* Case No. 8:20-cv-835-JGB-SHK and the parallel state action *Castillo et al. v. Barnes*, Case No. 30-2020-01141117-CU-WM-CXC (Super. Ct. Calif.) and any associated appellate proceedings and collateral review, and not for any other purpose except as specified in this Stipulation. The same stipulation for protective order and protective order will be filed in the parallel state case.

4.      If necessary, in the judgment of Plaintiffs' counsel, they may show or reveal the contents of the Discovery to certain individuals as set forth in paragraph 4 of the Stipulation.

5.      **Duration:** Once a case proceeds to trial all of the information that is designated as confidential or maintained pursuant to this Protective Order becomes public unless compelling reasons supported by specific factual findings to proceed otherwise are

made to the trial judge in advance of the trial. *Kamakana v. City and County of Honolulu* (9th Cir. 2006) 447 F.3d 1172, 1180-1181 (distinguishing "good cause" showing for sealing documents produced in discovery from "compelling reasons" standard when merits-related documents are part of court record). Accordingly, the terms of this protective order do not extend beyond the commencement of the trial.

6. **Final Disposition:** After the final disposition of this Action, Plaintiffs' counsel shall return all Discovery to counsel for the Defendants or shall destroy such material, including all copies and extracts thereof, abstracts, compilations, summaries, and any other format reproducing or capturing any of the Discovery with the exception of those documents affected by the attorney work-product doctrine or attorney-client privilege. Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition and trial exhibits, expert reports, attorney work product, and consultant and expert work product, even if such materials contain Discovery produced subject to this Order. Any such archival copies that contain or constitute Discovery remain subject to this Protective Order. To the extent any Confidential Records remain in the possession of the Attorneys for Plaintiffs and they are not destroyed, Attorneys for the Plaintiffs shall keep such Records in their confidential case files.

7. Attorneys for all Plaintiffs shall cause the substance of this Order to be communicated to each person to whom the Discovery are revealed in accordance with this Order and prior to disclosure of the Discovery, have such person execute a written Understanding and Agreement to be bound by this Stipulation for Protective Order in the form attached hereto as **Exhibit 1**.

8. The attorneys for all Plaintiffs shall not cause or knowingly permit disclosure of the content of the Discovery beyond the disclosure permitted under the terms and conditions of this Order, including but not limited to any news media which is inclusive of film or video, television, radio or print.

[~~PROPOSED~~]  PROTECTIVE ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: October 5 , 2020

Honorable Shashi H. Kewalramani
United States District Court
Central District of California

[~~PROPOSED~~]  PROTECTIVE ORDER

**EXHIBIT 1**

**UNDERSTANDING AND AGREEMENT PURSUANT TO PROTECTIVE ORDER**

I declare under penalty of perjury under the laws of the United Stated of America that I have read in its entirety and understand the Stipulation and Protective Order that was issued by the United Stated District Court for the Central District of California in the case of *AHLMAN v. BARNES*, Case No. 8:20-cv-00835-JGB-SHK, now pending in the District Court. I understand the Stipulation and Protective Order and agree to comply with and be bound by all the terms of the Stipulation and Protective Order. I solemnly promise that I will not disclose in any manner any information or items that is subject to the Stipulation and Protective Order to any person or entity except in strict compliance with the provisions of the Stipulation and Protective Order.

DATE:_____        BY:_____
                                                      SIGNATURE

                                                      _____
                                                      PRINT NAME

                                                      _____
                                                      ADDRESS

                                                      _____
                                                      CITY, STATE, ZIP