UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MELISSA AHLMAN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DON BARNES, in his official capacity as Sheriff of Orange County, California; COUNTY OF ORANGE, <br><br> Defendants-Appellants. | No.  20-55568 <br>       20-55668 <br><br> D.C. No. <br> 8:20-cv-00835-JGB-SHK <br> Central District of California, <br> Santa Ana <br><br> ORDER |

Before:  W. FLETCHER and BYBEE, Circuit Judges.

Appellees' motions to dismiss these appeals as moot (Docket Entry No. 37 in appeal No. 20-55568, Docket Entry No. 11 in appeal No. 20-55668) are referred to the panel assigned to decide the merits of these appeals.

The motion to extend time to file the opening brief (Docket Entry No. 8 in appeal No. 20-55668) is granted.

The stipulated motion to consolidate these appeals (Docket Entry No. 33 in appeal No. 20-55568) is granted.  These appeals are consolidated.

The Clerk shall file the opening briefs at Docket Entry No. 38 in appeal No. 20-55568 and Docket Entry No. 12 in appeal No. 20-55668, the excerpts of record at Docket Entry No. 39 in appeal No. 20-55568 and Docket Entry No. 13 in appeal No. 20-55668, the answering briefs at Docket Entry No. 43 in appeal No. 20-55568

LAB/MOATT

and Docket Entry No. 17 in appeal No. 20-55668, and the supplemental excerpts of record at Docket Entry No. 44 in appeal No. 20-55568 and Docket Entry No. 18 in appeal No. 20-55668.  The optional consolidated reply brief is due 21 days after service of the answering brief.