UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 20-835 JGB (SHKx)** | Date | July 23, 2021 |
| Title | *Melissa Ahlman, et al. v. Don Barnes* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **Order (1) GRANTING-IN-PART and DENYING-IN-PART Plaintiff's Ex Parte Application for Extension of Time (Dkt. No. 172); (2) CONTINUING Hearing on Defendant's Motion to Dismiss to September 13, 2021 (Dkt. No. 171). (IN CHAMBERS)**

Plaintiffs have filed an ex parte request to continue hearing on Defendant's Motion to Dismiss. ("Ex Parte," Dkt. No. 172; "MTD," Dkt. No. 171.) Defendant has opposed the Ex Parte. (Dkt. No. 172.) Defendant is correct that his MTD is procedurally proper and, in some ways, Plaintiffs' "emergency" is no such thing. However, the enduring judicial policy to decide cases on the merits—with the benefit of thorough, clear briefing—counsels for a continuance. The Court encourages counsel to work cooperatively to set deadlines in the future.

Accordingly, the Court:

1. CONTINUES hearing on Defendant's Motion to Dismiss to September 13, 2021 at 9:00 a.m.;
2. Plaintiffs' opposition shall be filed no later than August 16, 2021; and
3. Defendant's reply shall be filed no later than August 27, 2021.

**IT IS SO ORDERED.**