UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   SACV20-00835-JGB-SHKx                                Date: September 12, 2022

Title   Melissa Ahlman, et al. v. Don Barnes

Present: The Honorable:   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez/Tanisha Carrillo | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Corene Kendrick (ZOOM) | Kayla Nicole Watson (ZOOM) |
| Laura B. Cohen (ZOOM) | |

**Proceedings:** FINAL APPROVAL OF CLASS SETTLEMENT [277];
MOTION FOR ATTORNEY FEES [278]

Counsel state their appearance. The Court and counsel confer. The Motion for Final Class Settlement [277] is approved, and the Motion for Attorney's Fees [278] is approved. The Court will issue a separate detailed order approving both motions today.

:03
**Initials of Preparer**   MG/TC