JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. **SACV 20-835 JGB (SHKx)**  Date **July 27, 2023**

Title: **Melissa Ahlman, et al. v. Don Barnes, et al.**

Present: The Honorable **Jesus G. Bernal, U.S. District Judge**

| Maynor Galvez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

n/a  n/a

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated **9/12/22 (Dkt. No. 289)**.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer   **mg**